# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

——————————————————

Case No. 5D2023-1080
LT Case No. 2018-DR-002642-FM

——————————————————

ROBIN E. THOMAS-JONES,

Appellant,

v.

JOHN FITZGERALD JONES,

Appellee.

——————————————————

On appeal from the Circuit Court for Duval County.
James E. Kallaher, Judge.

Robert W. Elrod, Jr., of Elrod & Elrod, P.A., Jacksonville, for Appellant.

Robert H. Fishback, Jr., Jacksonville, for Appellee.

December 6, 2024

PER CURIAM.

Appellant, Robin Thomas-Jones, appeals the lower court's denial of her petition to relocate her minor children out of state. She contends that the court below erred by denying the petition, failing to allow testimony of her minor children, and awarding her former husband attorney's fees without making express findings about his need for financial assistance. We affirm on Appellant's

first two issues, but reverse and remand for the trial court to make findings regarding former husband's need for attorney's fees. *See Miron v. Richardson,* 278 So. 3d 738 (Fla. 1st DCA 2019) (reversing an award of attorney's fees where the court only found that one party's financial condition was superior, without addressing the parties' respective need for financial assistance).

AFFIRMED in part, REVERSED in part, and REMANDED with instructions.

SOUD, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____